# CLOSING ACCOMMODATION RIDER

Date:               April 18, 2000

Loan Number:        000652101997

Property Address:   5910 8th Street NE
                    Washington, DC  20011

Dear Borrower,

This letter is to advise you that, based on the information provided to us verbally within your loan application, your file has been **"CONDITIONALLY APPROVED,"** subject to the following information being verified as such:

1. Lender (GMAC Mortgage DBA Ditech.com) to verify property value at $ 112,000.00.

2. Lender to obtain clear Title showing no encumbrances, judgement of undisclosed liens.

3. Lender to obtain adequate documentation to support income of $ 2,430.00   as listed on the application.

4. Lender to obtain any and/all necessary documentation as outlined by the loan program and quality control.

Please note that your loan documents have been provided to the closer as an accommodation signing only to help expedite the financing of your mortgage transaction. DiTech.com is not liable for funding based on the signing of documents. All lender requirements must be satisfied prior to release of funds.

Should you have any questions pertaining to the conditional loan approval and/or the necessary supporting documentation required, please do not hesitate to call me at (800) 713-4933.

Respectfully Submitted,

_____,
Jan Rapmund

**Note: Accommodation signings are not available in Michigan, Texas and Virginia.**

By my signature(s) below, I(we) acknowledge receipt of this Closing Accommodation Addendum.

_Richard Dents Lewis_    4/22/2000
Richard Dents Lewis      Date                                Date


                         Date                                Date

**PLAINTIFF'S EXHIBIT 3**