**Settlement Statement**
Transactions without Sellers

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0491

Name & Address of Borrower:
Richard Dents Lewis
5910 8th Street NE
Washington, DC 20011-

Name & Address of Lender:
GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150

Property Location: (if different from above)
5910 8th Street NE
Washington, DC 20011-

Settlement Agent:   Ditech.Com

Place of Settlement:   Costa Mesa, CA

Loan Number: 000652101997

Settlement Date:   April 26, 2000

| L. | Settlement Charges | | | M. | Disbursement to Others | |
|---|---|---|---|---|---|---|
| 800. | Items Payable in Connection with Loan | | | 1501 | Principal Due To - A F S C I | 95,296.57 |
| 801. | Loan origination fee  0.000   % to | | 0.00 | | | |
| 802. | Loan discount  0.000   % to | | 0.00 | 1502 | Interest Per Diem @ $31.77  4/1/2000 - 4/28/2000 | 889.56 |
| 803. | Appraisal fee to | | | | | |
| 804. | Credit report to | | | 1503 | | |
| 805. | Inspection fee to | | | | | |
| 806. | Mortgage insurance application fee to | | | 1504 | | |
| 807. | | | | | | |
| 808. | Mortgage broker fee | | | 1505. | | |
| 809. | | | | | | |
| 810. | | | | 1506. | | |
| 811. | ditech.com Discount Points | | 3,025.00 | | | |
| 900. | Items Required by Lender to be Paid in Advance | | | 1507 | | |
| 901 | Prepaid Interest @ $22.57 Per Day | | 112.85 | 1508 | | |
| 902 | Mortgage insurance premium for       months to | | 0.00 | 1509 | | |
| 903 | Hazard insurance premium for       year(s) to | | | 1510 | | |
| 904. | | | | | | |
| 1000. | Reserves Deposited with Lender | | | 1511 | | |
| 1001. | Hazard Insurance Escrow @ 50.33 for 9 month(s) | | 453.00 | | | |
| 1002. | Mortgage insurance @ 39.17 for   month(s) | | 0.00 | 1512 | | |
| 1003. | | | | | | |
| 1004. | County Property Tax Escrow @ 60.18 for 3 month(s) | | 180.53 | 1513. | | |
| 1005. | | | | | | |
| 1006. | | | | 1514 | | |
| 1007. | | | | | | |
| 1008. | | | | 1515 | | |
| 1100. | Title Charges | | | | | |
| 1101. | Settlement or closing fee to | | | 1520. | TOTAL DISBURSED (enter on line 1603) | |
| 1102. | Abstract or title search to | | | | | |
| 1103. | Title examination to | | | | | |
| 1104. | Title insurance binder | | | | | |
| 1105. | Document preparation to | | | | | |
| 1106. | Notary fees to | | | | | |
| 1107 | Attorneys' fees to  (includes above item           ) | | | | | |
| 1108 | Title insurance to  (includes above item           ) | | | | | |
| 1109. | Lender's coverage $ | | | N. | NET SETTLEMENT | |
| 1110. | Owner's coverage $ | | | 1600 | Loan Amount | $ 100,000.00 |
| 1111. | | | | | | |
| 1112. | | | | 1601 | Plus Cash/Check from Borrower | $ 0.00 |
| 1113. | | | | | | |
| 1200. | Government Recording and Transfer Charges | | | 1602 | Minus Total Settlement Charges (line 1400) | $ 3,771.39 |
| 1201. | Recording fees: | | | | | |
| 1202. | City/county tax/stamps: | | | 1603. | Minus Total Disbursements to Others (line 1520) | $ 96,186.13 |
| 1203. | State tax/stamps: | | | | | |
| 1204. | | | | 1604 | Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | $ 42.49 |
| 1205. | | | | | | |
| 1300. | Additional Settlement Charges | | | | | |
| 1301. | Survey to | | | Borrower(s) Signature(s): | | |
| 1302. | Pest inspection to | | | | | |
| 1303. | Architectural/engineering services to | | | X Richard Dents Lewis | | |
| 1304. | Delinquent Taxes | | | | | |
| 1305. | | | | | | |
| 1306. | | | | X Ellen R. Lewis | | |
| 1307. | | | | | | |
| 1400. | Total Settlement Charges (enter on line 1602) | | | | | |

-504 (9710)      form HUD-1A (2/94)
VMP MORTGAGE FORMS - (800)521-7291      ref. RESPA

PLAINTIFF'S EXHIBIT 4

ADDENDUM TO HUD-1

Loan Number:      000652101997

Property Address:   5910 8th Street NE
                    Washington, DC 20011

I/we have carefully reviewed the HUD-1 Settlement Statement and to the best of my /our knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my/our account or by me/us in this transaction. I/we further certify that I have received a copy of the HUD-1 Settlement Statement.

*Richard Dents Lewis* (signature)

Richard Dents Lewis

I/we have carefully reviewed the HUD-1 Settlement Statement and to the best of my/our knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my/our account or by me/us in this transaction. I/we further certify that I have received a copy of the HUD-1 Settlement Statement.

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Escrow Officer                            Date

WARNING: IT IS A CRIME (Title 18 U.S. Code Section 1001 and 1010) TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY OTHER SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT.