Doc# 2000092124

| Form 668 (Y) (c) (Rev. October 1999) | 2282 | Department of the Treasury - Internal Revenue Service |  |
|---|---|---|---|
| District | Serial Number | **Notice of Federal Tax Lien** | For Optional Use by Recording Office |
| DELAWARE-MARYLAND | 520010886 | | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  ELLEN R LEWIS

Residence  5910 8TH ST NE
WASHINGTON, DC 20011-2714

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | 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 | 05/03/1999 | 06/02/2009 | 6828.73 |

Place of Filing

OFFICE OF RECORDER OF DEEDS FOR
WASHINGTON D.C.
WASHINGTON, DC 20001

Total $ 6828.73

This notice was prepared and signed at Baltimore, MD, on this, the 25th day of September, 2000.

Signature  for LOIS/DOMB

Title  ACS 52-01-0000

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

PART 1 - KEPT BY RECORDING OFFICE

Form 668 (Y) (c) (Rev. 10-99)
CAT. NO. 60025X



13152 558  OCT 23 1 52 PM '70

**19793**

60195-S (cme)

THIS DEED

Made this _22nd_ day of _October_, 19_70_, by and between

_Sylvester C. Morton and Herta H. Morton, his wife_

party (ies) of the first part, and

_Richard Dents Lewis and Ellen R. Lewis, his wife_

party (ies) of the second part:

**WITNESSETH**, that in consideration of the sum of Ten Dollars and other good and valuable considerations the said party (ies) of the first part do (es) grant and convey unto the party (ies) of the second part in fee simple as _tenants by the entirety_, all that property situate in _District of Columbia_ described as:

Lot numbered Seventy-six (76) in Square numbered Thirty-seven Hundred Thirty-five (3735) in the subdivision made by Warts, Inc., as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 182 at folio 134.

Subject to the building restriction line as shown on said plat and also as established and shown on plat recorded in said Surveyor's office in Liber 129 at folio 1.

Being the same property described in Liber _____ folio _____

**TOGETHER** with the building and improvements thereupon erected, made or being; and all and every the rights, alleys, ways, waters, privileges, appurtenances and advantages to the same belonging or in anywise appertaining.

**AND** the said party (ies) of the first part covenant (s) that _they_ will warrant specially the property hereby conveyed; and that _they_ will execute such further assurances of said land as may be requisite.

WITNESS _their_ hand (s) and seal (s).

TEST:

_[signature]_ _Sylvester C. Morton_ (SEAL)
R. AUBRY DAYS    Sylvester C. Morton

_Herta H. Morton_ (SEAL)
Herta H. Morton

_____ ) to wit:

On this _____ day of _____, 19_____, before me, the undersigned officer, personally appeared _____

known to me (or satisfactorily proven) to be the person (s) whose name (s) is (are) subscribed to the within instrument and acknowledged that he (she) (they) has (have) executed the same for the purposes therein contained.

In witness whereof I have hereunto set my hand and official seal.

_____
Notary Public

My commission expires: _____

PLAINTIFF'S EXHIBIT 8