CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| GMAC MORTGAGE CORPORATION )<br>)<br>)<br>)<br>         Plaintiff )<br>     vs )<br>)<br>ELLEN R. LEWIS AND )<br>UNITED STATES OF AMERICA )<br>AGENCY: INTERNAL REVENUE SERVICE )<br>         Defendant ) | Civil Action No._____ |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __GMAC MORTGAGE CORPORATION__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __General Motors__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__212308__
BAR IDENTIFICATION NO.

__JEFFREY B. FISHER__
Print Name

__9440 PENNSLYVANIA AVENUE STE 350__
Address

__UPPER MARLBORO, MD 20772__
City          State          Zip Code

__301-599-7700__
Phone Number