AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GMAC MORTGAGE CORPORATION )
        Plaintiff(s) ) **APPEARANCE**
)
        vs. ) CASE NUMBER
ELLEN R. LEWIS )
UNITED STATES OF AMERICA )
AGENCY: INTERNAL REVENUE SERVICE )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  JEFFREY B. FISHER  as counsel in this
                                  (Attorney's Name)

case for:  PLAINTIFF- GMAC MORTGAGE CORPORATION
                (Name of party or parties)

AUGUST 5, 2005
Date                                      Signature

                                       JEFFREY B. FISHER
212308                            Print Name
BAR IDENTIFICATION
                                       9440 PENNSYLVANIA AVE- STE 350
                                       Address

                                       UPPER MARLBORO, MD 20772
                                       City       State       Zip Code

                                       301-599-7700
                                       Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GMAC MORTGAGE CORPORATION

        Plaintiff(s)    )    **APPEARANCE**

        vs.    )    CASE NUMBER

ELLEN R. LEWIS
UNITED STATES OF AMERICA
AGENCY: INTERNAL REVENUE SERVICE
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  MARTIN S. GOLDBERG  as counsel in this
                 (Attorney's Name)

case for:  PLAINTIFF- GMAC MORTGAGE CORPORATION
               (Name of party or parties)

AUGUST 5, 2005
Date

Signature

460159
BAR IDENTIFICATION

MARTIN S. GOLDBERG
Print Name

9440 PENNSYLVANIA AVE- STE 350
Address

UPPER MARLBORO, MD 20772
City    State    Zip Code

301-599-7700
Phone Number