IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GMAC MORTGAGE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05-cv-01691 (JDB) |
| ELLEN R. LEWIS, et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS THE INTERNAL REVENUE SERVICE

The Internal Revenue Service (IRS), through undersigned counsel, moves to dismiss this action with respect to the IRS. The complaint seeks a determination, among other things, that plaintiff's claims have priority over the federal tax lien. The IRS has received full payment for the taxes reflected in the tax lien; and, accordingly, the federal tax lien will be released. Since the priority of the federal tax lien vis-a-vis plaintiff is no longer at issue, and the IRS has no further interest in this matter, the IRS should be dismissed as a party.

The specific relief sought by this motion is an order dismissing the action with respect to the IRS. Attached is a proposed order.

DATED:   November 1, 2005.

          Respectfully submitted,

          /s/ Pat S. Genis_____
          PAT S. GENIS, #446244
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 227
          Washington, D.C. 20044
          Telephone:  (202) 307-6390

Of Counsel:

KENNETH L. WAINSTEIN
United States Attorney

1400558.2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GMAC MORTGAGE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELLEN R. LEWIS, et al. )<br>)<br>Defendants. ) | No. 1:05-cv-01691 (JDB) |

## **O R D E R**

Upon consideration of the Internal Revenue Service's motion to dismiss it as a party, any response to the motion, and the entire record in this matter, it is

ORDERED that the motion is GRANTED, and

ORDERED that the complaint is DISMISSED as to the Internal Revenue Service.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC  20044

JEFFREY B. FISHER
MARTIN STUART GOLDBERG
The Fisher Law Group, PLLC
9440 Pennsylvania Avenue
Upper Marlboro, MD 20772

1400558.2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GMAC MORTGAGE COMPANY<br><br>    Plaintiff,<br><br>    v.<br><br>ELLEN R. LEWIS, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:05-cv-01691 (JDB)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the MOTION TO DISMISS THE INTERNAL REVENUE SERVICE and proposed ORDER were served on November 1, 2005 by sending a copy by first-class mail, postage prepaid, addressed to the following:

>JEFFREY B. FISHER, ESQUIRE
>MARTIN STUART GOLDBERG, ESQUIRE
>The Fisher Law Group, PLLC
>9440 Pennsylvania Avenue
>Upper Marlboro, MD 20772


>/s/ Pat S. Genis
>PAT S. GENIS, #446244

1400558.2