## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GMAC MORTGAGE CORP.,** | |
| **Plaintiff,** | |
| v. | Civil Action No.  05-1691 (JDB) |
| **ELLEN R. LEWIS, et al.,** | |
| **Defendants.** | |

### ORDER

Upon consideration of the motion to dismiss filed by defendant Internal Revenue Service ("IRS") on November 1, 2005, the failure of plaintiff to respond to that motion to dismiss, and the entire record herein, it is this twenty-seventh day of December, 2005, hereby

**ORDERED** that the motion of defendant IRS is **GRANTED**; it is further

**ORDERED** that plaintiff's action against defendant IRS is **DISMISSED**; and it is further

**ORDERED** that, by not later than January 15, 2006, plaintiff shall either (1) provide proof that defendant Ellen R. Lewis has been served with the summons and complaint, or (2) provide a written explanation as to why service of process has not been completed.  Under Fed. R. Civ. P. 4(m), a plaintiff is required to serve all named defendants within 120 days of the date on which the complaint is filed.  More than 120 days have elapsed since plaintiff filed its complaint, but plaintiff has not yet served defendant Lewis.  If plaintiff does not do so by not later than January 15, 2006, or if the Court determines that plaintiff has not shown good cause for the failure to serve defendant Lewis, then plaintiff's action against defendant Lewis will be

dismissed.

                                        ____/s/____John D. Bates_____
                                              JOHN D. BATES
                                        United States District Judge


Copies to:

Jeffrey B. Fisher
THE FISHER LAW GROUP, PLLC
9440 Pennsylvania Avenue
Upper Marlboro, MD 20772
(301) 599-7700
Fax: (202) 599-2100
Email: jfisher@first-legal.com

Martin Stuart Goldberg
THE FISHER LAW GROUP, PLLC
9440 Pennsylvania Avenue
Suite 350
Upper Marlboro, MD 20772-3659
(301) 599-7700
Fax: (301) 599-2100
Email: mgoldberg@first-legal.com

        *Counsel for plaintiff*

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC 20044
(202) 307-6390
        *Counsel for defendant*