UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

GMAC MORTGAGE CORPORATION

    Plaintiff

vs.                            Case No: 1:05-cv-01691 (JDB)

ELLEN R. LEWIS

    Defendant

## NOTICE OF DISMISSAL

GMAC Mortgage Corporation, through undersigned counsel, dismisses the complaint without prejudice, by notice pursuant to Fed. R. Civ. Pro. 41 (a)(1). Defendant, Ellen R. Lewis has not answered and has not filed a motion for summary judgment.

        THE FISHER LAW GROUP, PLLC

        By: /s/ Jeffrey B. Fisher
           JEFFREY B. FISHER (Bar No: 212308)
           Attorney for Plaintiff
           9440 Pennsylvania Avenue, Suite 350
           Upper Marlboro, MD 20772
           (301) 599-7700

**CERTIFICATE OF SERVICE**

-2-

     I hereby certify that on the 9th day of January, 2006 a copy of the foregoing Notice of Dismissal was mailed by first class, postage prepaid mail to the following:

Ellen R. Lewis
5910 8th Street, NE
Washington DC 20011

          THE FISHER LAW GROUP, PLLC

          By: /s/ Jeffrey B. Fisher
              JEFFREY B. FISHER (Bar No: 212308)
              Attorney for Plaintiff
              9440 Pennsylvania Avenue, Suite 350
              Upper Marlboro, MD 20772
              (301) 599-7700

**G:\A\DOC\Traci\Litigate\equitable mortgage\lewis\lewis751933dism.wpd**